**Order entered May 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00514-CR

**ERIC ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61709-M**

## ORDER

Before the Court is appellant's May 10, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due May 24, 2019.

/s/ BILL PEDERSEN, III
   JUSTICE